UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ANDREI ADAMCHYK,

               Plaintiff,

      - against -                            **ORDER**

                                                   No. 25-CV-2864 (JRC)

UR MENDOZA JADDOU, KRISTI NOEM,
UNITED STATES CITIZEN AND IMMIGRATION
SERVICES (USCIS), MATHEW C. VARGHESE,

               Defendants.
-------------------------------------------------------------x

JAMES CHO, United States Magistrate Judge:

      *Pro se* plaintiff Andrei Adamchyk filed the complaint in this action on May 22, 2025. Dkt. 1. Plaintiff paid the filing fee to commence this action. Dkt. 2. This case has been assigned to me for all purposes pursuant to the Court's Direct Assignment Pilot Program, which is governed by Administrative Order 2023-23.

      Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). Under the applicable rules, plaintiff shall have 90 days from May 22, 2025, or August 20, 2025, to serve defendants and file proof of service with the Court. After defendants have been served, plaintiff must file with the Court proof of service of the summons and complaint. Fed. R. Civ. P. 4(l).

      Pursuant to Rule 4(i) of the Federal Rules of Civil Procedure, because plaintiff filed this action against United States officers in their official capacity and a United States agency,

plaintiff must serve not only the officers and the agency, but also the <u>United States Attorney</u> for this District and the <u>United States Attorney General</u>.  Specifically, Rule 4(i)(2) of the Federal Rules of Civil Procedure requires a plaintiff suing a United States agency or a United States officer in an official capacity to, among other things, "serve the United States."

In turn, Rule 4(i)(1) provides that "[t]o serve the United States, a party must (A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought--or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk--or (ii) send a copy of [the summons and of the complaint] by registered or certified mail to the civil-process clerk at the United States attorney's office . . . ."  Fed. R. Civ. P. 4(i)(1); *see also Rosario v. Saul*, No. 20 Civ. 9655, 2021 WL 8154841, at *1-2 (S.D.N.Y. Oct. 27, 2021).

Further, plaintiff must "(B) send a copy of [the summons and of the complaint] by registered or certified mail to the Attorney General of the United States at Washington, D.C."  Fed. R. Civ. P. 4(i)(1)(B).

Plaintiff's affirmation of service filed at Dkt. 5 does not show that a copy of the summons and complaint was delivered to the <u>United States Attorney</u> for this District as required by Rule 4(i)(1)(A) or the <u>Attorney General</u> as required by Rule 4(i)(1)(B).  Accordingly, the Court *sua sponte* extends plaintiff's time to complete service.  By **September 10, 2025**, plaintiff shall file proof that defendants, the <u>United States Attorney</u> for the Eastern District of New York, and the <u>United States Attorney General</u> have all been properly served.  Failure to file such proof of service, or request additional time, may result in dismissal of this case.

Further, plaintiff is required to advise the Clerk of Court of any change of address. Failure to keep the Court informed of plaintiff's current address means the Court will not know

where to contact him and may result in dismissal of the case.  For information regarding court procedures, plaintiff may contact the Pro Se Office at the United States Courthouse by calling (718) 613-2665 or visit the Court's website at https://www.nyed.uscourts.gov/self-representation.  For free, confidential, limited-scope legal assistance, plaintiff may contact the City Bar Justice Center's Federal Pro Se Legal Assistance Project at (212) 382-4729.  The Court notes that the Federal Pro Se Legal Assistance Project is not part of, or affiliated with, the United States District Court.

    **SO ORDERED**

Dated: August 19, 2025
       Brooklyn, New York

                                         s/ James R. Cho
                                         James R. Cho
                                         United States Magistrate Judge